IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00074–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SCOTT CHARLES RIOPELLE,

      Defendant.

**ORDER AND NOTICE OF SETTINGS**

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a four-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **May 8, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is April 7, 2006.  All responses shall be filed by April 14, 2006.  A hearing on the motions, if necessary, is set for **April 21, 2006**, at 9:00 o'clock a.m.  It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 10:30 o'clock a.m. on Friday, **April 28, 2006**.  The deadline for submitting the plea agreement and statement of facts

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, April 26, 2006.

Dated: March 9, 2006