IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00074–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SCOTT CHARLES RIOPELLE,

    Defendant.

**AMENDED ORDER AND NOTICE OF SETTINGS**

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

    This matter is set for a four-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **July 17, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is <u>May 25, 2006</u>. All responses shall be filed by <u>June 1, 2006</u>. A hearing on the motions, if necessary, is set for **June 8, 2006**, at 2:00 o'clock p.m. It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 9:30 o'clock a.m. on Thursday, **June 29, 2006**. The deadline for submitting the plea agreement and statement of

1

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Tuesday, <u>June 27, 2006</u>.

Dated: April 26, 2006