IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk
Therese Lindblom, Court Reporter
Michelle Means, Probation Officer

Date: January 5, 2007

Criminal Action No. 06-cr-00074-EWN

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SCOTT CHARLES RIOPELLE,

    Defendant.

*Counsel:*

Peter Walsh

Harvey Steinberg
Stephen Alonzi

## SENTENCING MINUTES

**10:55 a.m.**   Court in session.

**Defendant pled guilty on June 29, 2006, to Count One of the Superseding Indictment.**

Mitigation statement by Mr. Steinberg.

Statement by Defendant.

Statement by Mr. Walsh.

Court's findings.

**ORDERED:   1.**   **No fine is imposed.**

**ORDERED:   2.**   **Defendant is imprisoned for a term of thirty-eight months.**

Sentencing Minutes
06-cr-00074-EWN
Judge Edward W. Nottingham
Page 2 of 3

The court recommends FCI Milan as the place of incarceration.

**ORDERED: 3.**     **Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years.**

**ORDERED: 4.**     **Within seventy-two hours of his release from the custody of the Bureau of Prisons, Defendant will report in person to the probation office in the district in which he is released.**

**ORDERED: 5.**     **Conditions of supervised release are:**

    **a.**     **Defendant is to observe all of the standard conditions of supervised release.**

    **b.**     **Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

    **c.**     **Defendant is not to illegally possess or use controlled substances.**

    **d.**     **Defendant is to submit to one drug test within 15 days of his release and two other periodic tests, as directed by the probation officer.**

    **e.**     **Defendant is not to commit a federal, state, or local crime.**

    **f.**     **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

    **g.**     **Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as Defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.**

Sentencing Minutes
06-cr-00074-EWN
Judge Edward W. Nottingham
Page 3 of 3

> **Defendant shall be required to pay the costs of treatment as directed by the probation officer.**

**ORDERED: 6.     Defendant shall pay a special assessment fee of $100 due immediately.**

**ORDERED: 7.     Plea agreement is accepted.**

Defendant is advised of right to appeal.

**ORDERED: 8.     Defendant's Motion for Downward Departure Based on Criminal History (#70, filed September 1, 2006) is DENIED.**

**ORDERED: 9.     Defendant's Motion for Downward Departure Pursuant to §5H1.4 Federal Sentencing Guidelines (#71, filed September 1, 2006) is DENIED.**

**ORDERED: 10.    Government's Motion to Dismiss Counts Two and Three and Motion for Three Point Reduction for Acceptance of Responsibility Pursuant to U.S.S.G. § 3E1.1(B) (#78, filed September 14, 2006) is GRANTED.**

**ORDERED: 11.    Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (#87, filed January 4, 2007) is GRANTED.**

Court recommends that Defendant be considered for participation in the Residential Drug Abuse Program.

Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:19 a.m.**    Court in recess.

Hearing concluded.

Total time in court:    00:24