# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   06-cr-00074-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SCOTT CHARLES RIOPELLE,

    Defendant.

## ORDER

    THIS MATTER comes before the Court on the Government's Motion to Dismiss Counts Two and Three and Motion for Three Point Reduction for Acceptance of Responsibility Pursuant to U.S.S.G. § 3E1.1(B).

    HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

    ORDERED that the Government's motion is granted, and that Counts Two and Three of the Superseding Indictment are hereby dismissed.

    DATED this 5th day of January, 2007.

                                   BY THE COURT:

                                   s/ Edward W. Nottingham
                                   EDWARD W. NOTTINGHAM, Judge
                                   United States District Court